

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00176-CV

JUAN A. OLVERA                                             APPELLANT

V.

ROSALVA PEREZ VIZCARRA                                    APPELLEE

----------

FROM THE 431ST JUDICIAL DISTRICT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Juan A. Olvera attempts to appeal from the trial court's May 31, 2011 "Temporary Orders." On June 28, 2011, we informed the parties that we were concerned that we might not have jurisdiction over this appeal because the May 31, 2011 "Temporary Orders" did not appear to be a final judgment or an appealable interlocutory order and that the appeal could be dismissed for want of jurisdiction unless any party desiring to continue the appeal filed a response on

---

[1]See Tex. R. App. P. 47.4.

or before July 8, 2011, showing grounds for continuing the appeal. Neither party responded. Because the "Temporary Orders" signed by the trial court on May 31, 2011 do not constitute an appealable interlocutory order, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West 2008) (setting forth appealable interlocutory orders); Tex. Fam. Code Ann. § 105.001(e) (West 2008) (stating that temporary orders rendered under this section are not subject to interlocutory appeal); *Hunter v. Dep't of Family & Protective Servs.*, No. 01-10-00911-CV, 2011 WL 2410129, at *1 (Tex. App.—Houston [1st Dist.] June 9, 2011, no pet. h.) (mem. op.) (dismissing appeal for want of jurisdiction after stating that no statute grants an interlocutory appeal from the temporary orders at issue and that Texas Family Code section 105.001(e) specifically precludes the interlocutory appeal of temporary orders in suits affecting the parent-child relationship).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: July 28, 2011

2